UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Ruiz Florez,
     Plaintiff,

vs.

325 E. 34 St. Realty inc., and
Alejandro & Sons Restaurant Corp.,
     Defendants.

**COMPLAINT**

     Plaintiff, CARLOS RUIZ FLOREZ ("Plaintiff"), by his undersigned counsel, hereby files this Complaint and sues Defendants, 325 E. 34 ST. REALTY INC. and ALEJANDRO & SONS RESTAURANT CORP. ("Defendants"), for injunctive relief pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181, et seq., (hereinafter the "A.D.A") and the ADA's Accessibility Guidelines, 28 C.F.R. Part 36 (hereinafter the "ADAAG").

## JURISDICTION

**1)**    This Court has original jurisdiction over the action pursuant to 28 U.S.C., §§1331 and 1343 for Plaintiff's claims arising under 42 U.S.C. § 12181. et seq., based upon Defendant's violations of Title III of the ADA (see also, 28 U.S.C. §§ 2201 and 2202).

**2)**    Plaintiff currently resides in Queens County, New York, and is *sui juris*. Plaintiff is a qualified individual with disabilities under the ADA law. Plaintiff suffered a spinal cord injury as a child complete from the T-7 to T-11, has paraplegia, and is bound to ambulate in a wheelchair.

**3)**    Defendant, 325 E. 34 ST. REALTY INC., is a CORPORATION and transacts business in the State of New York and within this judicial district. Defendant, 325 E. 34 ST.

REALTY INC., is the owner of the real property which is the subject of this action located on or about at 325 E 34th St, New York, NY 10016 (hereinafter "Subject Property" or "Facility").

4)      Defendant, ALEJANDRO & SONS RESTAURANT CORP., is a CORPORATION and transacts business in the State of New York and within this judicial district. Defendant, ALEJANDRO & SONS RESTAURANT CORP., is the lessee and operator of the business known as EL PARADOR CAFE, located at 325 E 34th St, New York, NY 10016 (hereinafter the "Facility").

5)      Plaintiff has visited the Subject Property which forms the basis of this lawsuit on or about early May 2023, and again on or about May 15, 2023. On both of these occasions, the Plaintiff's ability to ambulate through the entrance of the Subject Property was constrained, hindered, and thwarted by the structural barriers, that which prevented access to the public accommodation. The Plaintiff plans to return to the Subject Property to avail himself of the goods and services offered to the public at the Subject Property, and thereby determine whether the Subject Property has been made ADA compliant. Plaintiff's access to the Facility and/or full and equal enjoyment of the goods, services, facilities, privileges, advantages, and/or accommodations offered therein was denied and/or limited because of these disabilities, and Plaintiff will be denied and/or limited in the future unless and until Defendants are compelled to remove the physical barriers to access and ADA violations which exist at the Facility, including but not limited, to those set forth in this Complaint.

6)      Plaintiff lives only several miles from the Defendants' Facility, passes by the Defendants' Facility at least once per week when he is doing errands, visiting family and friends throughout the borough, and looking to eat out. Moreover, the Defendants' Facility is in a neighborhood that Plaintiff dines out two to three times per month. Foremost, Plaintiff has dined

at, and in, nearly all of the neighboring restaurants surrounding the subject facility, that are all without obstructions. Moreover, Plaintiff dines at restaurants on this street about once or twice per month, including but not limited to New York Grill & Deli, iPizzaNY, Pio Pio, and Starbucks amongst many others; and thereon affirms that he would dine at the Defendant's restaurant and avail himself of the goods and services offered to the public, were it not for the structural barriers inhibiting his ability to enter the subject facility, in direct contravention of Title III of the ADA and provisions under the ADAAG.

7)    The Defendants' Facility is a public accommodation and service establishment, and although required by law to do so, it is not in compliance with the ADA and ADAAG. Plaintiff has visited the Subject Property which forms the basis of this lawsuit and plans to return to the Subject Property to avail himself of the goods and services offered to the public at the Subject Property, and to determine whether the Subject Property has been made ADA compliant. Plaintiff's access to the Facility and/or full and equal enjoyment of the goods, services, facilities, privileges, advantages, and/or accommodations offered therein was denied and/or limited because of these disabilities, and Plaintiff will be denied and/or limited in the future unless and until Defendants are compelled to remove the physical barriers to access and ADA violations which exist at the Facility, including but not limited, to those set forth in this Complaint.

8)    Plaintiff has suffered and continues to suffer direct and indirect injury as a result of the ADA violations that exist at the Facility. In this instance, Plaintiff visited the Facility and encountered barriers to access at the Facility, engaged barriers, suffered legal harm and injury, and will continue to suffer legal harm and injury as a result of the illegal barriers to access as set forth herein.

9)      Plaintiff visited the Facility and encountered barriers to access at the Facility no less than two times, specifically on or about early May 2023, and again on or about May 15, 2023, engaged the barriers, suffered legal harm and injury, and will continue to suffer legal harm and injury as a result of the illegal barriers to access as set forth herein. The Plaintiff will continue to dine out in the neighborhood of the Defendants' subject property, and will thereon continue to attempt to access the services and facilities at said premises which have been deprived at all times material

10)     All events giving rise to this lawsuit occurred in the State of New York. Venue is proper in this Court as the premises are located in the Southern District.

## FACTUAL ALLEGATIONS AND CLAIM

11)     Plaintiff has attempted to access the Facility, but could not do so without severe hardship, because of his disabilities, and the physical barriers to access and ADA violations that exist at the Facility, which restrict and/or limit his access to the goods and services offered at the Facility. The ADA violations are more specifically set forth in this Complaint.

12)     Plaintiff travels through this neighborhood regularly, has partaken of the services offered in nearly all the surrounding public accommodations, and thereon intends to visit the Facility again in the near future in order to utilize all of the goods and services offered therein but will be unable to do so because of the physical barriers to access, dangerous conditions and ADA violations that exist at the Facility that restrict and/or limit his access to the Facility, including those barriers conditions and ADA violations more specifically set forth in this Complaint.

13)     Defendants have discriminated against Plaintiff and others with disabilities by denying access to, and full and equal enjoyment of the goods and services of the Facility, as

prohibited by 42 U.S.C., § 12182, *et.seq*., and by failing to remove architectural barriers as required by 42 U.S.C., § 12182(b)(2)(A)(iv), and will continue to discriminate against Plaintiff and others with disabilities unless and until Defendants are compelled to remove all physical barriers that exist at the Facility, including those specifically set forth herein, and make the Facility accessible to and usable by persons with disabilities, including Plaintiff.

**14)**     Defendants have discriminated against Plaintiff by failing to comply with the above requirements. A specific, although not exclusive, list of unlawful physical barriers, dangerous conditions and ADA violations, which preclude and/or limit Plaintiff's ability to access the Facility and full and equal enjoyment of the goods, services offered at the Facility include:

1. Inaccessible entrance.
2. Accessible route to establishment not provided as required. Accessible means of egress not provided as required. Existing step at entrance acts as a barrier to accessibility. Required ramp not provided for step at entrance.

**ADAAG 206 Accessible Routes ADAAG 206.1 General.**
Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.

**ADAAG 206.2 Where Required.**
Accessible routes shall be provided where required by 206.2.

**ADAAG 206.2.1 Site Arrival Points.**
At least one accessible route shall be provided within the site from accessible parking spaces and accessible passenger loading zones; public streets and sidewalks; and public transportation stops to the accessible building or facility entrance they serve.

**ADAAG 206.4 Entrances.**
Entrances shall be provided in accordance with 206.4. Entrance doors, doorways, and gates shall comply with 404 and shall be on an accessible route complying with 402.

**ADAAG 207 Accessible Means of Egress ADAAG 207.1 General.**
Means of egress shall comply with section 1003.2.13 of the International Building Code (2000 edition and 2001 Supplement) or section 1007 of the International Building Code (2003 edition) (incorporated by reference, "Referenced Standards" in Chapter 1).

**ADAAG 402 Accessible Routes ADAAG 402.1 General.**
Accessible routes shall comply with 402.

**ADAAG 402.2 Components.**
Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps

excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.

**ADAAG 403 Walking Surfaces ADAAG 403.4 Changes in Level.** Changes in level shall comply with 303

**ADAAG 303.4 Ramps.**

Changes in level greater than ½ inch high shall be ramped, and shall comply with 405 or 406.

3.  Required minimum maneuvering clearance not provided at exterior side of the first of two doors in series at entrance.
4.  Non-compliant change in floor level within required maneuvering clearance at exterior side of the first of two doors in series at entrance.

**ADAAG 206 Accessible Routes ADAAG 206.1 General.**

Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.

**ADAAG 206.2 Where Required.**

Accessible routes shall be provided where required by 206.2.

**ADAAG 206.2.1 Site Arrival Points.**

At least one accessible route shall be provided within the site from accessible parking spaces and accessible passenger loading zones; public streets and sidewalks; and public transportation stops to the accessible building or facility entrance they serve.

**ADAAG 206.4 Entrances.**

Entrances shall be provided in accordance with 206.4. Entrance doors, doorways, and gates shall comply with 404 and shall be on an accessible route complying with 402.

**ADAAG 206.4.1 Public Entrances.**

In addition to entrances required by 206.4.2 through 206.4.9, at least 60 percent of all public entrances shall comply with 404.

**ADAAG 207 Accessible Means of Egress ADAAG 207.1 General.**

Means of egress shall comply with section 1003.2.13 of the International Building Code (2000 edition and 2001 Supplement) or section 1007 of the International Building Code (2003 edition) (incorporated by reference, "Referenced Standards" in Chapter 1)

**ADAAG 404.2.4 Maneuvering Clearances.**

Minimum maneuvering clearances at doors and gates shall comply with 404.2.4. Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

**ADAAG 404.2.4.4 Floor or Ground Surface.**

Floor or ground surface within required maneuvering clearances shall comply with 302. Changes in level are not permitted.

5.  Required minimum maneuvering clearance not provided in corridor at exterior side of the second of two doors in series at entrance.

**ADAAG 206 Accessible Routes ADAAG 206.1 General.**

Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.

**ADAAG 206.2 Where Required.**

Accessible routes shall be provided where required by 206.2.

**ADAAG 206.2.1 Site Arrival Points.**

At least one accessible route shall be provided within the site from accessible parking spaces and accessible passenger loading zones; public streets and sidewalks; and public transportation stops to the accessible building or facility entrance they serve.

**ADAAG 206.4 Entrances.**

Entrances shall be provided in accordance with 206.4. Entrance doors, doorways, and gates shall comply with 404 and shall be on an accessible route complying with 402.

**ADAAG 206.4.1 Public Entrances.**

In addition to entrances required by 206.4.2 through 206.4.9, at least 60 percent of all public entrances shall comply with 404.

**ADAAG 207 Accessible Means of Egress ADAAG 207.1 General.**

Means of egress shall comply with section 1003.2.13 of the International Building Code (2000 edition and 2001 Supplement) or section 1007 of the International Building Code (2003 edition) (incorporated by reference, "Referenced Standards" in Chapter 1)

**ADAAG 404.2.4 Maneuvering Clearances.**

Minimum maneuvering clearances at doors and gates shall comply with 404.2.4. Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

6. Required minimum space not provided between two doors in series at entrance.

**ADAAG 206 Accessible Routes ADAAG 206.1 General.**

Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.

**ADAAG 402 Accessible Routes ADAAG 402.1 General.**

Accessible routes shall comply with 402.

**ADAAG 402.2 Components.**

Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.

**ADAAG 404.2.6 Doors in Series and Gates in Series.**

The distance between two hinged or pivoted doors in series and gates in series shall be 48 inches (1220 mm) minimum plus the width of doors or gates swinging into the space.

7. Inaccessible bar.
8. Non-compliant height of bar exceeds maximum height allowance. Required minimum knee and toe clearance not provided at bar. Portion of bar required to be accessible not provided.

**ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.**

Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.

**ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General**.
Dining surfaces and work surfaces shall comply with 902.2 and 902.3.

**Advisory 902.1 General.**
Dining surfaces include, but are not limited to, bars, tables, lunch counters, and booths.

**ADAAG 902.2 Clear Floor or Ground Space.**
A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.

**ADAAG 902.3 Height.**
The tops of dining surfaces and work surfaces shall be 28 inches (710 mm) minimum and 34 inches (865 mm) maximum above the finish floor or ground.

**ADAAG 306.2 Toe Clearance.**

**ADAAG 306.2.3 Minimum Required Depth.**
Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.

**ADAAG 306.2.5 Width**.
Toe clearance shall be 30 inches (760 mm) wide minimum.

**ADAAG 306.3 Knee Clearance.**

**ADAAG 306.3.3 Minimum Required Depth.**
Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.

**ADAAG 306.3.5 Width.**
Knee clearance shall be 30 inches (760 mm) wide minimum.

9. Inaccessible restrooms.
10. Inaccessible travel path to restrooms.
11. Accessible route to restrooms not provided as required.
12. Existing stair flight at travel path to restrooms acts as a barrier to accessibility.

**ADAAG 213 Toilet Facilities and Bathing Facilities ADAAG 213.1 General.**
Where toilet facilities and bathing facilities are provided, they shall comply with 213. Where toilet facilities and bathing facilities are provided in facilities permitted by 206.2.3 Exceptions 1 and 2 not to connect stories by an accessible route to toilet facilities and bathing facilities shall be provided on a story connected by an accessible route to an accessible entrance.

13. Non-compliant existing handrails at stairs leading to restrooms.
14. Required handrail extensions not provided at existing handrails at stairs leading to restrooms.

**ADAAG 505.10 Handrail Extensions.**
Handrail gripping surfaces shall extend beyond and in the same direction of stair flights and ramp runs in accordance with 505.10.

**ADAAG 505.10.2 Top Extension at Stairs.**
At the top of a stair flight, handrails shall extend horizontally above the landing for 12 inches (305 mm) minimum beginning directly above the first riser nosing. Extensions shall return to a wall, guard, or the landing surface, or shall be continuous to the

handrail of an adjacent stair flight.

**ADAAG 505.10.3 Bottom Extension at Stairs.**

At the bottom of a stair flight, handrails shall extend at the slope of the stair flight for a horizontal distance at least equal to one tread depth beyond the last riser nosing. Extension shall return to

a wall, guard, or the landing surface, or shall be continuous to the handrail of an adjacent stair flight.

15. Compliant signage identifying the men's restroom not provided as required.

**ADAAG 216 Signs ADAAG 216.1 General.**

Signs shall be provided in accordance with 216 and shall comply with 703.

**ADAAG 216.2 Designations.**

Interior and exterior signs identifying permanent rooms and spaces shall comply with 703.1, 703.2, and 703.5. Where pictograms are provided as designations of permanent interior rooms and spaces, the pictograms shall comply with 703.6 and shall have text descriptors complying with

703.2 and 703.5.

**Advisory 216.2 Designations.**

Section 216.2 applies to signs that provide designations, labels, or names for interior rooms or spaces where the sign is not likely to change over time. Examples include interior signs labeling restrooms, room and floor numbers or letters, and room names. Tactile text descriptors are required for pictograms that are provided to label or identify a permanent room or space.

Pictograms that provide information about a room or space, such as "no smoking," occupant logos, and the International Symbol of Accessibility, are not required to have text descriptors.

**ADAAG 703.1 General.**

Signs shall comply with 703. Where both visual and tactile characters are required, either one sign with both visual and tactile characters, or two separate signs, one with visual, and one with tactile characters, shall be provided.

**ADAAG 703.4.1 Height Above Finish Floor or Ground.**

Tactile characters on signs shall be located 48 inches (1220 mm) minimum above the finish floor or ground surface, measured from the baseline of the lowest tactile character and 60 inches (1525 mm) maximum above the finish floor or ground surface, measured from the baseline of the highest tactile character.

**ADAAG 703.4.2 Location.**

Where a tactile sign is provided at a door, the sign shall be located alongside the door at the latch side. Where a tactile sign is provided at double doors with one active leaf, the sign shall be located on the inactive leaf. Where a tactile sign is provided at double doors with two active leafs, the sign shall be located to the right of the right hand door. Where there is no wall space at the latch side of a single door or at the right side of double doors, signs shall be located on the nearest adjacent wall. Signs containing tactile characters shall be located so that a clear floor space of 18 inches (455 mm) minimum by 18 inches (455 mm) minimum, centered on the tactile characters, is provided beyond the arc of any door swing between the closed position and 45 degree open position.

16. Inaccessible men's restroom.

17. Required minimum clear width not provided at door of men's restroom.

**ADAAG 206 Accessible Routes ADAAG 206.1 General.**
Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.

**ADAAG 402 Accessible Routes ADAAG 402.1 General.**
Accessible routes shall comply with 402.

**ADAAG 402.2 Components.**
Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.

**ADAAG 404.2.3 Clear Width.**
Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees.

18. Required minimum maneuvering clearance not provided at door of men's restroom.

**ADAAG 206 Accessible Routes ADAAG 206.1 General.**
Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.

**ADAAG 402 Accessible Routes ADAAG 402.1 General.**
Accessible routes shall comply with 402.

**ADAAG 402.2 Components.**
Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.

**ADAAG 404.2.4 Maneuvering Clearances.**
Minimum maneuvering clearances at doors and gates shall comply with 404.2.4. Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

19. Non-compliant door knob at door of men's restroom requires twisting of the wrist.

**ADAAG 404 Doors, Doorways, and Gates ADAAG 404.1 General.**
Doors, doorways, and gates that are part of an accessible route shall comply with 404.

**ADAAG 404.2.7 Door and Gate Hardware.**
Handles, pulls, latches, locks, and other operable parts on doors and gates shall comply with 309.4

**ADAAG 309.4 Operation.**
Operable parts shall be operable with one hand and shall not require tight grasping, pinching,
or twisting of the wrist. The force required to activate operable parts shall be 5

pounds maximum.

20. The first of two lavatories in men's restroom is inaccessible.
21. Required minimum knee and toe clearance not provided at the first of two lavatories in men's restroom.

**ADAAG 606 Lavatories and Sinks.**
**ADAAG 606.2 Clear Floor Space.**
A clear floor space complying with 305, positioned for a forward approach, and knee and toe clearance complying with 306 shall be provided.
**ADAAG 306.2 Toe Clearance.**
**ADAAG 306.2.3 Minimum Required Depth.**
Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.
**ADAAG 306.2.5 Width.**
Toe clearance shall be 30 inches (760 mm) wide minimum.
**ADAAG 306.3 Knee Clearance.**
**ADAAG 306.3.3 Minimum Required Depth.**
Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.
**ADAAG 306.3.5 Width.**
Knee clearance shall be 30 inches (760 mm) wide minimum.

22. The second of two lavatories in men's restroom is inaccessible.
23. Required minimum knee and toe clearance not provided at the second of two lavatories in men's restroom.

**ADAAG 606 Lavatories and Sinks.**
**ADAAG 606.2 Clear Floor Space.**
A clear floor space complying with 305, positioned for a forward approach, and knee and toe clearance complying with 306 shall be provided.
**ADAAG 306.2 Toe Clearance.**
**ADAAG 306.2.3 Minimum Required Depth.**
Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.
**ADAAG 306.2.5 Width.**
Toe clearance shall be 30 inches (760 mm) wide minimum.
**ADAAG 306.3 Knee Clearance.**
**ADAAG 306.3.3 Minimum Required Depth.**
Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.
**ADAAG 306.3.5 Width.**
Knee clearance shall be 30 inches (760 mm) wide minimum.

24. Insulation of pipes and water lines under the first of two lavatories in men's restroom not provided as required.

**ADAAG 606 Lavatories and Sinks.**
**ADAAG 606.5 Exposed Pipes and Surfaces**.
Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.

25. Insulation of pipes and water lines under the second of two lavatories in men's restroom not provided as required.

**ADAAG 606 Lavatories and Sinks.**
**ADAAG 606.5 Exposed Pipes and Surfaces**.
Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.

26. Inaccessible mirror in men's restroom.
27. Non compliant mounted height of mirror in men's restroom exceeds MAXIMUM HEIGHT ALLOWANCE.

**ADAAG 603.3 Mirrors.**
Mirrors located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 40 inches (1015 mm) maximum above the finish floor or ground.
Mirrors not located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 35 inches (890 mm) maximum above the finish floor or ground.

28. The first of two urinals in men's restroom is inaccessible.
29. Non-compliant height of the first of two wall mounted urinals in men's restroom exceeds maximum height allowance.

**ADAAG 605 Urinals**
**ADAAG 605.1 General.**
Urinals shall comply with 605.
**ADAAG 605.2 Height and Depth.**
Urinals shall be the stall-type or the wall-hung type with the rim 17 inches (430 mm) maximum above the finish floor or ground. Urinals shall be 13½ inches (345 mm) deep minimum measured from the outer face of the urinal rim to the back of the fixture

30. The second of two urinals in men's restroom is inaccessible.
31. Non-compliant height of the second of two wall mounted urinals in men's restroom exceeds maximum height allowance.

**ADAAG 605 Urinals**
**ADAAG 605.1 General.**
Urinals shall comply with 605.
**ADAAG 605.2 Height and Depth.**
Urinals shall be the stall-type or the wall-hung type with the rim 17 inches (430 mm) maximum above the finish floor or ground. Urinals shall be 13½ inches (345 mm)

deep minimum measured from the outer face of the urinal rim to the back of the fixture

32. Inaccessible toilet compartment in men's restroom.
33. Required minimum clear width not provided at door of toilet compartment in men's restroom.

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG 604.8 Toilet Compartments.**
Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.
Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.2 Doors.**
Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.

Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

**ADAAG 404.2.3 Clear Width.**
Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees.

34. Required minimum maneuvering clearance not provided at door of toilet compartment in men's restroom.

**ADAAG 604 Water Closets and Toilet Compartments. ADAAG 604.8 Toilet Compartments.**
Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.
Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.2 Doors.**
Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.

Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water

closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

**ADAAG 404.2.4 Maneuvering Clearances.**

Minimum maneuvering clearances at doors and gates shall comply with 404.2.4. Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

35. Non-compliant door swing of door of toilet compartment in men's restroom.
36. Door of toilet compartment in men's restroom swings into the compartment.

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG 604.8.1.2 Doors.**

Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum. Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

37. Required minimum space not provided in toilet compartment in men's restroom.

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG 604.8 Toilet Compartments.**

Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603. Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.1 Size.**

Wheelchair accessible compartments shall be 60 inches (1525 mm) wide minimum measured perpendicular to the side wall, and 56 inches (1420 mm) deep minimum for wall hung water closets and 59 inches (1500 mm) deep minimum for floor mounted water closets measured perpendicular to the rear wall.

38. Inaccessible water closet in toilet compartment in men's restroom.
39. Required minimum clearance not provided at water closet in toilet compartment in men's restroom.

**ADAAG 604 Water Closets and Toilet Compartments**
**ADAAG 604.3 Clearance.**

Clearances around water closets and in toilet compartments shall comply with 604.3.

**ADAAG 604.3.1 Size.**
Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured perpendicular from the rear wall.

    40. Required grab bars not provided on rear and side walls of water closet in toilet compartment in men's restroom.

**ADAAG 604 Water Closets and Toilet Compartments**
**ADAAG 604.5 Grab Bars.**
Grab bars for water closets shall comply with 609.
Grab bars shall be provided on the side wall closest to the water closet and on the rear wall.

    41. Compliant signage identifying the women's restroom not provided as required.

**ADAAG 216 Signs** **ADAAG 216.1 General.**
Signs shall be provided in accordance with 216 and shall comply with 703.

**ADAAG 216.2 Designations.**
Interior and exterior signs identifying permanent rooms and spaces shall comply with 703.1, 703.2, and 703.5. Where pictograms are provided as designations of permanent interior rooms and spaces, the pictograms shall comply with 703.6 and shall have text descriptors complying with
703.2 and 703.5.

**Advisory 216.2 Designations.**
Section 216.2 applies to signs that provide designations, labels, or names for interior rooms or spaces where the sign is not likely to change over time. Examples include interior signs labeling restrooms, room and floor numbers or letters, and room names. Tactile text descriptors are required for pictograms that are provided to label or identify a permanent room or space.
Pictograms that provide information about a room or space, such as "no smoking," occupant logos, and the International Symbol of Accessibility, are not required to have text descriptors.

**ADAAG 703.1 General.**
Signs shall comply with 703. Where both visual and tactile characters are required, either one sign with both visual and tactile characters, or two separate signs, one with visual, and one with tactile characters, shall be provided.

**ADAAG 703.4.1 Height Above Finish Floor or Ground.**
Tactile characters on signs shall be located 48 inches (1220 mm) minimum above the finish floor or ground surface, measured from the baseline of the lowest tactile character and 60 inches (1525 mm) maximum above the finish floor or ground surface, measured from the baseline of the highest tactile character.

**ADAAG 703.4.2 Location.**
Where a tactile sign is provided at a door, the sign shall be located alongside the door at the latch side. Where a tactile sign is provided at double doors with one active leaf, the sign shall be located on the inactive leaf. Where a tactile sign is provided at double doors with two active leafs, the sign shall be located to the right of the right hand door. Where there is no wall space at the latch side of a single door or at the

right side of double doors, signs shall be located on the nearest adjacent wall. Signs containing tactile characters shall be located so that a clear floor space of 18 inches (455 mm) minimum by 18 inches (455 mm) minimum, centered on the tactile characters, is provided beyond the arc of any door swing between the closed position and 45 degree open position.

42. Inaccessible women's restroom.

43. Required minimum clear width not provided at door of women's restroom.

**ADAAG 206 Accessible Routes ADAAG 206.1 General.**
Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.

**ADAAG 402 Accessible Routes ADAAG 402.1 General.**
Accessible routes shall comply with 402.

**ADAAG 402.2 Components.**
Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.

**ADAAG 404.2.3 Clear Width.**
Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees.

44. Required minimum maneuvering clearance not provided at door of women's restroom.

**ADAAG 206 Accessible Routes ADAAG 206.1 General.**
Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.

**ADAAG 402 Accessible Routes ADAAG 402.1 General.**
Accessible routes shall comply with 402.

**ADAAG 402.2 Components.**
Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.

**ADAAG 404.2.4 Maneuvering Clearances.**
Minimum maneuvering clearances at doors and gates shall comply with 404.2.4. Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

45. Non-compliant door knob at door of women's restroom requires twisting of the wrist.

**ADAAG 404 Doors, Doorways, and Gates ADAAG 404.1 General.**
Doors, doorways, and gates that are part of an accessible route shall comply with 404.

**ADAAG 404.2.7 Door and Gate Hardware.**
Handles, pulls, latches, locks, and other operable parts on doors and gates shall comply with 309.4

**ADAAG 309.4 Operation.**
Operable parts shall be operable with one hand and shall not require tight grasping, pinching,
or twisting of the wrist. The force required to activate operable parts shall be 5 pounds maximum.

46. Required minimum turning space not provided in women's restroom.
**ADAAG 603 Toilet and Bathing Rooms**
**ADAAG 603.1 General.**
Toilet and bathing rooms shall comply with 603.
**ADAAG 603.2 Clearances**. Clearances shall comply with 603.2.
**ADAAG 603.2.1 Turning Space.**
Turning space complying with 304 shall be provided within the room.
**ADAAG 304.3.1 Circular Space.**
The turning space shall be a space of 60 inches (1525 mm) diameter minimum. The space shall be permitted to include knee and toe clearance complying with 306

47. The first of two lavatories in women's restroom is inaccessible.
48. Required minimum clear floor space not provided at the first of two lavatories in women's restroom.
**ADAAG 606 Lavatories and Sinks.**
**ADAAG 606.2 Clear Floor Space.**
A clear floor space complying with 305, positioned for a forward approach, and knee and toe clearance complying with 306 shall be provided.
**ADAAG 305.3 Size.**
The clear floor or ground space shall be 30 inches (760 mm) minimum by 48 inches (1220 mm) minimum.

49. The second of two lavatories in women's restroom is inaccessible.
50. Required minimum clear floor space not provided at the second of two lavatories in women's restroom.
**ADAAG 606 Lavatories and Sinks.**
**ADAAG 606.2 Clear Floor Space.**
A clear floor space complying with 305, positioned for a forward approach, and knee and toe clearance complying with 306 shall be provided.
**ADAAG 305.3 Size.**
The clear floor or ground space shall be 30 inches (760 mm) minimum by 48 inches (1220 mm) minimum.

51. Inaccessible mirror in women's restroom.
52. Non-compliant mounted height of mirror in women's restroom exceeds maximum height allowance.
**ADAAG 603.3 Mirrors.**
Mirrors located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 40 inches (1015 mm) maximum above the finish floor or ground.

Mirrors not located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 35 inches (890 mm) maximum above the finish floor or ground.

53. Required minimum knee and toe clearance not provided at the first of two lavatories in women's restroom.

**ADAAG 606 Lavatories and Sinks.**

**ADAAG 606.2 Clear Floor Space.**

A clear floor space complying with 305, positioned for a forward approach, and knee and toe clearance complying with 306 shall be provided.

**ADAAG 306.2 Toe Clearance.**

**ADAAG 306.2.3 Minimum Required Depth.**

Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.

**ADAAG 306.2.5 Width.**

Toe clearance shall be 30 inches (760 mm) wide minimum.

**ADAAG 306.3 Knee Clearance.**

**ADAAG 306.3.3 Minimum Required Depth.**

Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.

**ADAAG 306.3.5 Width.**

Knee clearance shall be 30 inches (760 mm) wide minimum.

54. Required minimum knee and toe clearance not provided at the second of two lavatories in women's restroom.

**ADAAG 606 Lavatories and Sinks.**

**ADAAG 606.2 Clear Floor Space.**

A clear floor space complying with 305, positioned for a forward approach, and knee and toe clearance complying with 306 shall be provided.

**ADAAG 306.2 Toe Clearance.**

**ADAAG 306.2.3 Minimum Required Depth.**

Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.

**ADAAG 306.2.5 Width.**

Toe clearance shall be 30 inches (760 mm) wide minimum.

**ADAAG 306.3 Knee Clearance.**

**ADAAG 306.3.3 Minimum Required Depth.**

Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground

ADAAG 306.3.5 Width.

Knee clearance shall be 30 inches (760 mm) wide minimum.

55. Insulation of pipes and water lines under the first of two lavatories in women's restroom not provided as required.

**ADAAG 606 Lavatories and Sinks.**
**ADAAG 606.5 Exposed Pipes and Surfaces**.
Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.

56. Insulation of pipes and water lines under the second of two lavatories in women's restroom not provided as required.

**ADAAG 606 Lavatories and Sinks.**
**ADAAG 606.5 Exposed Pipes and Surfaces**.
Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.

57. The first of two toilet compartments in women's restroom is inaccessible.
58. Required minimum clear width not provided at door of the first of two toilet compartments in women's restroom.

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG 604.8 Toilet Compartments.**
Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.
Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.
**ADAAG 604.8.1.2 Doors.**
Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.
Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.
**ADAAG 404.2.3 Clear Width.**
Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees.

59. Required minimum maneuvering clearance not provided at door of the first of two toilet compartments in women's restroom.

**ADAAG 604 Water Closets and Toilet Compartments. ADAAG 604.8 Toilet Compartments.**
Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and

604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.

Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.2 Doors.**

Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.

Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

**ADAAG 404.2.4 Maneuvering Clearances.**

Minimum maneuvering clearances at doors and gates shall comply with 404.2.4. Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

60. Compliant door swing of door of the first of two toilet compartments in women's restroom.
61. Door of the first of two toilet compartments in women's restroom swings into the compartment.

**ADAAG 604 Water Closets and Toilet Compartments.**

**ADAAG 604.8.1.2 Doors.**

Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum. Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

62. Non-compliant door lock at door of the first of two toilet compartments requires twisting of the wrist.

**ADAAG 604 Water Closets and Toilet Compartments. ADAAG 604.8 Toilet Compartments.**

Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.

Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.2 Doors.**

Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.

Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

**ADAAG 404.2.7 Door and Gate Hardware.**

Handles, pulls, latches, locks, and other operable parts on doors and gates shall comply with 309.4

**ADAAG 309.4 Operation.**

Operable parts shall be operable with one hand and shall not require tight grasping, pinching,
or twisting of the wrist. The force required to activate operable parts shall be 5 pounds maximum.

63. Required minimum space not provided in the first of two toilet compartments in women's restroom.

**ADAAG 604 Water Closets and Toilet Compartments.**

**ADAAG 604.8 Toilet Compartments.**

Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603. Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.1 Size.**

Wheelchair accessible compartments shall be 60 inches (1525 mm) wide minimum measured perpendicular to the side wall, and 56 inches (1420 mm) deep minimum for wall hung water closets and 59 inches (1500 mm) deep minimum for floor mounted water closets measured perpendicular to the rear wall.

64. Inaccessible water closet in the first of two toilet compartments in women's restroom.
65. Required minimum clearance not provided at water closet in the first of two toilet compartments in women's restroom.

**ADAAG 604 Water Closets and Toilet Compartments**

**ADAAG 604.3 Clearance.**

Clearances around water closets and in toilet compartments shall comply with 604.3.

**ADAAG 604.3.1 Size.**

Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured

perpendicular from the rear wall.

66. Required grab bars not provided on rear and side walls of water closet in the first of two toilet compartments in women's restroom.

**ADAAG 604 Water Closets and Toilet Compartments**
**ADAAG 604.5 Grab Bars.**
Grab bars for water closets shall comply with 609.
Grab bars shall be provided on the side wall closest to the water closet and on the rear wall.

67. Inaccessible coat hook in the first of two toilet compartments in women's restroom.
68. Non-compliant height of coat hook in the first of two toilet compartments in women's restroom exceeds maximum height allowance.

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG 604.8.3 Coat Hooks and Shelves.**
Coat hooks shall be located within one of the reach ranges specified in 308.
**ADAAG 308.2 Forward Reach. ADAAG 308.2.1 Unobstructed.**
Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.
**ADAAG 308.2.2 Obstructed High Reach.**
Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction. The high forward reach shall be 48 inches maximum where the reach depth is 20 inches maximum. Where the reach depth exceeds 20 inches, the high forward reach shall be 44 inches maximum and the reach depth shall be 25 inches maximum.
**ADAAG 308.3 Side Reach. ADAAG 308.3.1 Unobstructed.**
Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches maximum and the low side reach shall be
15 inches minimum above the finish floor or ground.
**ADAAG 308.3.2 Obstructed High Reach.**
Where a clear floor or ground space allows a parallel approach to an element and the high side reach is over an obstruction, the height of the obstruction shall be 34 inches maximum and the depth of the obstruction shall be 24 inches maximum. The high side reach shall be 48 inches maximum for a reach depth of 10 inches maximum. Where the reach depth exceeds 10 inches, the high side reach shall be 46 inches maximum for a reach depth of 24 inches maximum.

69. The second of two toilet compartments in women's restroom is inaccessible.
70. Required minimum clear width not provided at door of the second of two toilet compartments in women's restroom.

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG 604.8 Toilet Compartments.**

Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.

Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.2 Doors.**

Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.

Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

**ADAAG 404.2.3 Clear Width.**

Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees.

71. Required minimum maneuvering clearance not provided at door of the second of two toilet compartments in women's restroom.

**ADAAG 604 Water Closets and Toilet Compartments. ADAAG 604.8 Toilet Compartments.**

Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.

Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

**ADAAG 604.8.1.2 Doors.**

Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.

Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

**ADAAG 404.2.4 Maneuvering Clearances.**

Minimum maneuvering clearances at doors and gates shall comply with 404.2.4. Maneuvering clearances shall extend the full width of the doorway and the required

latch side or hinge side clearance.

72. Non-compliant door swing of door of the second of two toilet compartments in women's restroom.

73. Door of the second of two toilet compartments in women's restroom swings into the compartment.

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG 604.8.1.2 Doors.**
Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum. Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

74. Non-compliant door lock at door of the second of two toilet compartments requires twisting of the wrist.

**ADAAG 604 Water Closets and Toilet Compartments. ADAAG 604.8 Toilet Compartments.**
Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.
Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.
**ADAAG 604.8.1.2 Doors.**
Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.
Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.
**ADAAG 404.2.7 Door and Gate Hardware.**
Handles, pulls, latches, locks, and other operable parts on doors and gates shall comply with 309.4
**ADAAG 309.4 Operation.**
Operable parts shall be operable with one hand and shall not require tight grasping,

pinching,
or twisting of the wrist. The force required to activate operable parts shall be 5
pounds maximum.

75. Required minimum space not provided in the second of two toilet
    compartments in women's restroom.

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG 604.8 Toilet Compartments.**
Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and
604.8.3. Compartments containing more than one plumbing fixture shall comply with
603. Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.
**ADAAG 604.8.1.1 Size.**
Wheelchair accessible compartments shall be 60 inches (1525 mm) wide minimum
measured perpendicular to the side wall, and 56 inches (1420 mm) deep minimum for
wall hung water closets and 59 inches (1500 mm) deep minimum for floor mounted
water closets measured perpendicular to the rear wall.

76. Inaccessible water closet in the second of two toilet compartments in women's
    restroom.
77. Required minimum clearance not provided at water closet in the second of
    two toilet compartments in women's restroom.

**ADAAG 604 Water Closets and Toilet Compartments**
**ADAAG 604.3 Clearance.**
Clearances around water closets and in toilet compartments shall comply with 604.3.
**ADAAG 604.3.1 Size.**
Clearance around a water closet shall be 60 inches (1525 mm) minimum measured
perpendicular from the side wall and 56 inches (1420 mm) minimum measured
perpendicular from the rear wall.

78. Required grab bars not provided on rear and side walls of water closet in the
    second of two toilet compartments in women's restroom.

**ADAAG 604 Water Closets and Toilet Compartments**
**ADAAG 604.5 Grab Bars.**
Grab bars for water closets shall comply with 609.
Grab bars shall be provided on the side wall closest to the water closet and on the rear
wall.

79. Inaccessible coat hook in the second of two toilet compartments in women's
    restroom.
80. Non-compliant height of coat hook in the second of two toilet compartments
    in women's restroom exceeds maximum height allowance.

**ADAAG 604 Water Closets and Toilet Compartments.**
**ADAAG 604.8.3 Coat Hooks and Shelves.**
Coat hooks shall be located within one of the reach ranges specified in 308.
**ADAAG 308.2 Forward Reach. ADAAG 308.2.1 Unobstructed.**
Where a forward reach is unobstructed, the high forward reach shall be 48 inches
maximum and the low forward reach shall be 15 inches minimum above the finish

floor or ground.
**ADAAG 308.2.2 Obstructed High Reach.**
Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction. The high forward reach shall be 48 inches maximum where the reach depth is 20 inches maximum. Where the reach depth exceeds 20 inches, the high forward reach shall be 44 inches maximum and the reach depth shall be 25 inches maximum.
**ADAAG 308.3 Side Reach. ADAAG 308.3.1 Unobstructed.**
Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches maximum and the low side reach shall be
15 inches minimum above the finish floor or ground.
**ADAAG 308.3.2 Obstructed High Reach.**
Where a clear floor or ground space allows a parallel approach to an element and the high side reach is over an obstruction, the height of the obstruction shall be 34 inches maximum and the depth of the obstruction shall be 24 inches maximum. The high side reach shall be 48 inches maximum for a reach depth of 10 inches maximum. Where the reach depth exceeds 10 inches, the high side reach shall be 46 inches maximum for a reach depth of 24 inches maximum.

**15)**     The above listing is not to be considered all-inclusive of the barriers which exist at the Facility. Plaintiff requires an inspection of the Facility in order to determine all of the ADA violations.

**16)**     The removal of the physical barriers, dangerous conditions, and ADA violations set forth herein is readily achievable and can be accomplished and carried out without much difficulty or expense. 42 U.S.C. § 12182(B)(2)(A)(iv); 42 U.S.C. § 12181(9); 28 C.F.R, § 36.304.

**17)**     Plaintiff is without adequate remedy at law, is suffering irreparable harm, and reasonably anticipates that he will continue to suffer irreparable harm unless and until Defendants are required to remove the physical barriers, dangerous conditions, and ADA violations that exist at the Facility, including those set forth herein.

**18)**     The Plaintiff has been obligated to retain undersigned counsel for the filing and prosecution of this action. The Plaintiff is entitled to have his reasonable attorney's fees, costs and expenses paid by the Defendants, pursuant to 42 U.S.C., §§ 12205 and 12217.

**19)**     Pursuant to 42 U.S.C. §12188(a), this Court is provided with authority to grant injunctive relief to Plaintiff, including an order to alter the Facility to make it readily accessible to and useable by individuals with disabilities to the extent required by the ADA, and closing the Facility until the requisite modifications are completed.

**WHEREFORE,** Plaintiff respectfully requests that the Court issue a permanent injunction enjoining Defendants from continuing is discriminatory practices, ordering Defendants to remove the physical barriers to access and alter the Facility to make it readily accessible  to and useable by individuals with disabilities to the extent required by the ADA, closing the Facility until the barriers are removed and requisite alterations are completed, and awarding Plaintiff his reasonable attorney's fees, expert fees, costs and litigation expenses incurred in this action.

Respectfully submitted

BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, NY 10011
(212) 433-2554

By:   s/ Maria-Costanza Barducci
        Maria-Costanza Barducci, Esq.
          *Attorney for Plaintiff*
        Bar No. 5070487
        MC@BarducciLaw.com