UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS RUIZ FLOREZ,<br><br>                                    **Plaintiff,**<br><br>     v.<br><br>**325 E. 34 ST. REALTY INC and ALEJANDRO & SONS RESTAURANT CORP,**<br><br>                                    **Defendants.** | 1:24-cv-01495 (ALC)<br><br>**DEFAULT JUDGMENT** |

**ANDREW L. CARTER, JR., United States District Judge:**

On February 27, 2024 Plaintiff Carlos Ruis Florez filed the complaint which initiated this action. ECF No. 1. Defendants 325 E. 34 St. Realty Inc. and Alejandro & Sons Restaurant Corp were served on March 5, 2024. ECF Nos. 8–9. Defendants have not answered or otherwise responded to the complaint. On December 23, 2024, Plaintiff obtained clerk's certificates of default against both defendants. ECF Nos. 14–15. On May 8, 2025, Plaintiff filed two deficient motions for default judgment. *See* ECF Nos. 17–23. On May 14, 2025, Plaintiff filed the instant motion for default judgment against both defendants. ECF No. 24.

The Court issued an Order to show Cause on May 16, 2025, directing Defendants to show cause in writing why a default judgment for failure to move or otherwise answer the Complaint should not be entered. ECF No. 28. The Order warned Defendants that failure to respond should be grounds for the Court granting default judgment against Defendants, but Defendants did not respond to the Court's Order.

Accordingly, having considered the Memorandum of Law, the Affidavit of Maria Constanza Barducci, the Summons and Complaint previously filed in this action, and the Affidavits of Service thereof, if it hereby **ORDERED** that judgment be entered in Plaintiff's favor

1

against Defendants.

**SO ORDERED.**

**Dated: October 20, 2025**
**New York, NY**

**ANDREW L. CARTER, JR.**
**United States District Judge**