UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS RUIZ FLOREZ,<br><br>                             **Plaintiff,**<br><br>     v.<br><br>**325 E. 34 ST. REALTY INC and ALEJANDRO & SONS RESTAURANT CORP,**<br><br>                            **Defendants.** | 1:24-cv-01495 (ALC)<br><br>ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

This Court directs Plaintiff to file any motion regarding proof of damages, requested attorney's fees, and costs by **October 24, 2025.**

**SO ORDERED.**

**Dated: October 20, 2025**
       **New York, NY**

                                                              **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**