MEMO ENDORSED

MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  1/29/26

10011 TELEPHONE: 212-433-2554

**January 28, 2026**

Honorable Andrew L. Carter, Jr
U.S. District Court Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

> *Re:    Carlos Ruiz Florez v. 325 E. 34 St. Realty inc et al*
> *Civil Action No.:  1:24-cv-01495-ALC*
> *Application For Extension of Time to File Motion*

Dear Honorable Judge Carter, Jr,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's Order [DE#31], the Plaintiff would humbly request that the Court grant an extension of time to file the contemplated motion for Attorney Fees. The grounds for such a motion are founded on the good faith error of Plaintiff wherein the majority of the Motion for Attorney Fees was already drafted within the time allotted by Your Honor, yet counsel unintentionally misplaced the motion, therefore not filing it in November.

Thereon, it has just come to the Plaintiff's attention that the motion was not yet filed, and counsel for Plaintiff respectfully requests that the Court enter a Scheduling Order that would extend the time to file the motion at the Court's sagacious discretion. Plaintiff further submits the Defendant would not be prejudiced in just one single extension, given their refusal to answer the pleading, appear, or participate in theDefault Conference as they have continued to flout the Court's jurisdiction to date.

Thank you for your time in considering this request.

Most Respectfully,

BARDUCCI LAW FIRM

PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only

Plaintiff's request for an extension is **GRANTED.** The motion for damages and attorney's fees and costs should be submitted **by February 2, 2026.**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

January 29, 2026
New York, NY