USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/3/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CARLOS RUIZ FLOREZ,**<br><br>**Plaintiff,**<br><br>v.<br><br>**325 E. 34 ST. REALTY INC and ALEJANDRO & SONS RESTAURANT CORP,**<br><br>**Defendants.** | **1:24-cv-01495 (ALC)**<br><br>**ORDER GRANTING FEES AND COSTS** |

**ANDREW L. CARTER, JR., United States District Judge:**

On February 27, 2024 Plaintiff Carlos Ruis Florez filed the complaint which initiated this action. ECF No. 1. Defendants 325 E. 34 St. Realty Inc. and Alejandro & Sons Restaurant Corp were served on March 5, 2024. ECF Nos. 8–9. Defendants have not answered or otherwise responded to the complaint. On May 14, 2025, having obtained Clerk's Certificates of Default against both Defendants, *see* ECF Nos. 14-15, Plaintiff filed a Motion for Default Judgement against both defendants. *See* ECF No. 24.

On May 16, 2025, this Court issued an order to show cause as to why default judgement for failure to move or otherwise answer should not be entered, pursuant to Federal Rule of Civil Procedure 55. *See* ECF No. 28. Defendants were warned that failure to respond may be grounds for granting default judgement in Plaintiff's favor. *See* ECF No. 28. Nonetheless, Defendants failed to respond.

On October 20, 2025, this Court granted default judgement in Plaintiff's favor. *See* ECF No. 30. That same day, this Court directed Plaintiff to file any motion regarding proof of damages, requested attorney's fees, and costs, *see* ECF No. 31, which Plaintiff filed on January 30, 2026.

1

*See* ECF No. 34. On February 3, 2026, this Court issued an order to show cause as to why the Court should not order Defendants to pay $7,822.50 in attorneys' fees and  an additional $2,473.95 in costs for a total of $**10,808.95.** Defendants were warned that failure to respond may be considered grounds for entering judgement in favor of Plaintiff and granting Plaintiff's requested attorneys' fees and costs. Nonetheless, Defendants failed to respond.

Accordingly, having considered the Motion for Attorneys' Fees, the Affirmation of Maria-Constanza Barducci, Esq., the attached exhibit documenting the attorneys' hours worked, and the Affidavit of Service, it is hereby **ORDERED** that Plaintiff be granted Default Judgement and awarded attorneys' fees in the amount of $7,822.50 and an additional $2,473.95 in costs for a total of **$10, 808.95.**

The Clerk of Court is respectfully directed to enter judgement and terminate this case and all pending motions and deadlines.

**SO ORDERED.**

**Dated: March 3, 2026**
       **New York, NY**

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**

2