**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CARLOS RUIZ FLOREZ,

                     Plaintiff,                   24 **CIVIL** 1495 (ALC)

        -against-                   **DEFAULT JUDGMENT**
                                      **For Attorney's Fees and Costs**

325 E. 34 ST. REALTY INC and ALEJANDRO
& SONS RESTAURANT CORP.,

                    Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 3, 2026, Plaintiff be granted Default Judgement and

awarded attorneys' fees in the amount of $7,822.50 and an additional $2,473.95 in costs for a

total of $10, 808.95. Accordingly, the case is closed.

**Dated:** New York, New York

     March 6, 2026

                                  **TAMMI M. HELLWIG**

                                     **Clerk of Court**

          **BY:**

                                    **Deputy Clerk**